UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE 4,

      Plaintiff,

CASE NO:   1:25-cv-07570

v.

DARREN K. INDYKE and RICHARD D. KAHN, in their capacities as the executors of the ESTATE OF JEFFREY EDWARD EPSTEIN,

      Defendants.
_____

## NOTICE OF MOTION FOR LEAVE TO PROCEED ANONYMOUSLY

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the undersigned, on behalf of Jane Doe 4, hereby moves this Court for an order granting Plaintiff's leave to proceed anonymously.

Dated: September 12, 2025

Respectfully submitted,

*/s/ Sigrid McCawley*

David Boies
Boies Schiller Flexner LLP
55 Hudson Yards
New York, NY
Telephone: (212) 446-2300
Facsimile: (212) 446-2350
Email: dboies@bsfllp.com

Sigrid S. McCawley
(Lead Trial Counsel)
Boies Schiller Flexner LLP
401 E. Las Olas Blvd. Suite 1200
Fort Lauderdale, FL 33316
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email: smccawley@bsfllp.com