UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 4,<br><br>       *Plaintiff*,<br><br>v.<br><br>DARREN K. INDYKE and RICHARD D. KAHN, in their capacities as executors of the ESTATE OF JEFFREY EDWARD EPSTEIN,<br><br>       *Defendants*. | Civil Action No. 1:25-cv-07570 |

## WAIVER OF THE SERVICE OF SUMMONS

To: Sigrid McCawley, Attorney for Jane Doe 4
Boies Schiller Flexner LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301

  On behalf of Richard D. Kahn, Defendant in the above-caption action in his capacity as one of the executors of the Estate of Jeffrey E. Epstein ("Defendant"), we have received your request to waive service of a summons in this action along with a copy of the complaint, and we agree to save the expense of serving a summons and complaint in this case.

  We understand that Defendant will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that Defendant waives any objections to the absence of a summons or of service.

  We also understand that Defendant must file and serve an answer or a motion under Rule 12 within 60 days from September 12, 2025, the date when this request was sent. If Defendant fails to do so, a default judgment will be entered.

1

Date: September 15, 2025

                                                      */s/ Daniel S. Ruzumna*

Daniel S. Ruzumna
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Telephone: (212) 336-2000
druzumna@pbwt.com

*Attorney for Defendant Richard D. Kahn*