UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 4,<br><br>    *Plaintiff*,<br><br>v.<br><br>DARREN K. INDYKE and RICHARD D. KAHN, in their capacities as executors of the ESTATE OF JEFFREY EDWARD EPSTEIN,<br><br>    *Defendants*. | Civil Action No. 1:25-cv-07570<br><br>NOTICE OF APPEARANCE |

    PLEASE TAKE NOTICE that Daniel H. Weiner of the law firm Hughes Hubbard & Reed LLP hereby appears in the above-captioned matter as counsel for Defendant Darren K. Indyke, in his capacity as Co-Executor of the Estate of Jeffrey E. Epstein.  The undersigned hereby certifies that he is admitted to practice before this Court.

Dated: September 16, 2025
    New York, New York

HUGHES HUBBARD & REED LLP

By: /s/ Daniel H. Weiner
   Daniel H. Weiner
One Battery Park Plaza
New York, New York 10004
Tel: (212) 837-6000
Fax: (212) 422-4726
daniel.weiner@hugheshubbard.com

*Attorneys for Defendant Darren K. Indyke*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on September 16, 2025, I caused to be electronically filed the foregoing Notice of Appearance by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have registered to receive notices from the court under the CM/ECF system.

                                                      /s/ Daniel H. Weiner