**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JANE DOE 4,<br><br>               *Plaintiff,*<br><br>v.<br><br>DARREN K. INDYKE and RICHARD D. KAHN, in their capacities as executors of the ESTATE OF JEFFREY EDWARD EPSTEIN,<br><br>               *Defendants*. | Civil Action No. 1:25-cv-07570 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Amy N. Vegari, an attorney with the law firm Patterson Belknap Webb & Tyler LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Defendant Richard D. Kahn in the above-captioned matter.

Respectfully,

Dated: September 17, 2025

/s/ Amy N. Vegari
Amy N. Vegari, Esq.
PATTERSON BELKNAP WEBB & TYLER, LLP
1133 Avenue of the Americas
New York, New York 10583
Telephone: (212) 336-2216
Email: avegari@pbwt.com