```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JANE DOE 4,

        Plaintiff,

25-cv-7570 (JGK)

ORDER

- against -

INDYKE ET AL.,

        Defendants.

JOHN G. KOELTL, District Judge:

The parties are directed to appear by phone for a pre-motion conference in connection with the defendants' anticipated partial motion to dismiss and for a more definite statement on **Wednesday, October 22, 2025,** at **2:30 p.m.**

Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:    New York, New York
           October 6, 2025

                                      John G. Koeltl
                                  United States District Judge