UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 4,<br><br>     *Plaintiff*,<br><br>v.<br><br>DARREN K. INDYKE and RICHARD D. KAHN, in their capacities as the executors of the ESTATE OF JEFFREY EDWARD EPSTEIN,<br><br>     *Defendants*. | Civil Action No. 1:25-cv-07570 (JGK) |

**NOTICE OF MOTION**

  PLEASE TAKE NOTICE that, upon the accompanying Defendants' Memorandum of Law in Support of Their Motion to Strike the Declaration of Dr. Chitra Raghavan or, in the Alternative, for Leave to File a Sur-Reply dated October 9, 2025; Exhibit A thereto; and all of the prior proceedings in the above-referenced action, Defendants Darren K. Indyke and Richard D. Kahn, in their capacities as executors of the Estate of Jeffrey Edward Epstein, by and through their undersigned attorneys, will move this Court on a date and time to be determined by the Court, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, Courtroom 14A, New York, New York, before the Honorable John G. Koeltl, United States District Judge, for an Order striking the Declaration of Dr. Chitra Raghavan (ECF No. 21-1) filed with Plaintiff Jane Doe 4's reply on her motion to proceed anonymously (the "Raghavan Declaration") or, in the alternative, granting Defendants leave to file a sur-reply on Plaintiff's motion to proceed anonymously to address Plaintiff's new arguments based on the Raghavan Declaration.

Dated:  October 9, 2025
        New York, New York

| | |
|---|---|
| */s/ Daniel H. Weiner* | */s/ Daniel S. Ruzumna* |
| Daniel H. Weiner, Esq.<br>Marc A. Weinstein, Esq.<br>HUGHES HUBBARD & REED LLP<br>One Battery Park Plaza<br>New York, New York 10004<br>Telephone: (212) 837-6000<br>daniel.weiner@hugheshubbard.com<br>marc.weinstein@hugheshubbard.com | Daniel S. Ruzumna, Esq.<br>Tara J. Norris, Esq.<br>PATTERSON BELKNAP WEBB & TYLER LLP<br>1133 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 336-2000<br>druzumna@pbwt.com<br>tnorris@pbwt.com |
| *Attorneys for Defendant Darren K. Indyke* | *Attorneys for Defendant Richard D. Kahn* |