UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE 4,

             Plaintiff,

- against -

INDYKE ET AL.,

             Defendants.

25-cv-7570 (JGK)

**ORDER**

JOHN G. KOELTL, District Judge:

The defendants' motion for leave to file a sur-reply in opposition to the plaintiff's motion to proceed anonymously is **granted**. The defendants' motion to strike the declaration of Dr. Chitra Raghavan is **denied as moot**.

The Clerk is instructed to close ECF No. 23.

SO ORDERED.

Dated:    New York, New York
           October 10, 2025

                                          John G. Koeltl
                                          United States District Judge