UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE 4,

                Plaintiff,

- against -

DARREN K. INDYKE, ET AL.,

                Defendants.

25-cv-7570 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to appear for oral argument on the plaintiff's motion to proceed anonymously on **Monday, November 10, 2025 at 3:30 p.m.**, in Courtroom 14A, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:    New York, New York
           October 21, 2025

                                      John G. Koeltl
                                  United States District Judge