UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANE DOE 4,

              Plaintiff,        25-cv-7570 (JGK)

                                        ORDER

    - against -

INDYKE ET AL.,

              Defendants.

---

JOHN G. KOELTL, District Judge:

    As discussed at the telephone conference today, the plaintiff may file an amended complaint on or before **November 5, 2025**. The defendants may answer or move to dismiss on or before **November 19, 2025**. The plaintiff may respond to any motion on or before **December 12, 2025**. The defendants may reply on or before **December 15, 2025**.

SO ORDERED.

Dated:    New York, New York
           October 22, 2025

                                            John G. Koeltl
                                      United States District Judge