

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Office: +1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Daniel H. Weiner
Partner
Direct Dial: +1 (212) 837-6874
Direct Fax: +1 (212) 299-6874
daniel.weiner@hugheshubbard.com

October 23, 2025

VIA ECF

The Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 14A
New York, NY 10007-1312

   Re: <u>Doe 4 v. Indyke et al.</u>, Case No. 25-cv-07570 (JGK)

Dear Judge Koeltl:

  As discussed today with Mr. Fletcher, Your Honor's Order in this action dated yesterday (ECF No. 29) mistakenly set a date of December 12, 2025 for Plaintiff's opposition to Defendants' anticipated motion to dismiss Plaintiff's amended complaint. During the parties' conference with Your Honor yesterday, you set that date at December 5, 2025, giving Defendants ten days to file their reply.

  We ask that the Court issue a corrected Order.

            Respectfully submitted,

            */s/ Daniel H. Weiner*

            Daniel H. Weiner and Daniel Ruzumna
            Counsel for Defendants

cc: All counsel of record (via ECF)