```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JANE DOE 4,

           Plaintiff,        25-cv-7570 (JGK)

                                  ORDER

- against -

INDYKE ET AL.,

           Defendants.

JOHN G. KOELTL, District Judge:

As discussed at the telephone conference yesterday, the plaintiff may file an amended complaint on or before **November 5, 2025**. The defendants may answer or move to dismiss on or before **November 19, 2025**. The plaintiff may respond to any motion on or before **December 5, 2025**. The defendants may reply on or before **December 15, 2025**.

The Court's October 22, 2025 order (ECF No. 29) is **vacated**.

SO ORDERED.

Dated:    New York, New York
          October 23, 2025

                                              John G. Koeltl
                                     United States District Judge