UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 4,<br><br>    Plaintiff,<br><br>v.<br><br>DARREN K. INDYKE and RICHARD D. KAHN, in their capacities as the executors of the ESTATE OF JEFFREY EDWARD EPSTEIN,<br><br>    Defendants. | Case No. 1:25-cv-07570<br><br>**NOTICE OF APPEARANCE** |

  PLEASE TAKE NOTICE that the undersigned attorney, Rachael Schafer, who is a member in good standing of the bar of this Court, hereby appears as counsel for Plaintiff Jane Doe 4 in the above-captioned proceeding.

Dated: New York, New York
   November 10, 2025

                BOIES SCHILLER FLEXNER LLP

                By: /s/ *Rachael Schafer*
                   Rachael Schafer
                   Boies Schiller Flexner LLP
                   55 Hudson Yards
                   New York, NY 10001
                   Phone: (212) 446-2300
                   Fax: (212) 446-2350
                   rschafer@bsfllp.com

                   *Attorney for Plaintiff Jane Doe 4*