

November 14, 2025

**<u>VIA ECF</u>**

The Hon. John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 14A
New York, NY 10007

      **Re:**    ***Jane Doe 4 v. Indyke et al.***, Case No. 25-cv-07570-JGK

Dear Judge Koeltl:

      Pursuant to Individual Rule I(E), we write jointly on behalf of Plaintiff, Jane Doe 4, and Defendants, Darren Indyke and Richard Kahn, in their capacities as co-executors of the Estate of Jeffrey Epstein, to request an extension of the deadline for Defendants to answer or move to dismiss Plaintiff's Amended Complaint from November 19, 2025, to December 3, 2025. *See* Dkt. 32. The parties have not previously requested an extension of this deadline and both agree to the request. The parties are presently in discussions that may impact the need for Plaintiff to file a Second Amended Complaint or for the Estate to file a motion to dismiss. Accordingly, we request this brief extension of the current deadline for the Estate to answer or move to dismiss to December 3, 2025, to effectuate the dialogue between the parties. We are attaching as Exhibit A a proposed Revised Scheduling Order for motion to dismiss briefing.

                         Respectfully submitted,

                         */s/ Sigrid S. McCawley*
                         Sigrid S. McCawley
                         Boies Schiller Flexner LLP
                         401 E. Las Olas Blvd. Suite 1200
                         Fort Lauderdale, FL 33301
                         (954) 356-0011
                         smccawley@bsfllp.com

BOIES SCHILLER FLEXNER LLP

401 East Las Olas Boulevard, Suite 1200, Fort Lauderdale, FL 33301 | (t) 954 356 0011 | (f) 954 356 0022 | www.bsfllp.com