UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 4,<br><br>        Plaintiff,<br><br>v.<br><br>DARREN K. INDYKE and RICHARD D. KAHN, in their capacities as the executors of the ESTATE OF JEFFREY EDWARD EPSTEIN,<br><br>        Defendants. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Case No.: 25-cv-07570-JGK |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

    Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Jane Doe 4 and her counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendants Darren K. Indyke and Richard D. Kahn, in their capacities as the executors of the Estate of Jeffrey Edward Epstein.

| | |
|---|---|
| Dated: December 2, 2025 | Respectfully submitted,<br><br>*/s/ Sigrid S. McCawley*<br><br>David Boies<br>Boies Schiller Flexner LLP<br>55 Hudson Yards<br>New York, NY 10001<br>Telephone: (212) 446-2300<br>Facsimile: (212) 446-2350<br>Email: dboies@bsfllp.com<br><br>Sigrid S. McCawley<br>Boies Schiller Flexner LLP<br>401 E. Las Olas Blvd., Suite 1200<br>Fort Lauderdale, FL 33316<br>Telephone: (954) 356-0011<br>Facsimile: (954) 356-0022<br>Email: smccawley@bsfllp.com |